# UNITED STATES DISTRICT COURT

Eastern **District of** California

VINCENT YEE

Plaintiff (s),

V.

SACRAMENTO COUNTY JAIL, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:14-cv-02955 KJM DB

Notice is hereby given that, subject to approval by the court, __SACRAMENTO COUNTY__ substitutes
(Party (s) Name)

__Jesse M. Rivera__, State Bar No. __84259__ as counsel of record in place
(Name of New Attorney)

place of __Robert L. Chalfant of Cregger & Chalfant LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Rivera & Associates |
| Address: | 1425 River Park Drive, Suite 250, Sacramento, CA 95815 |
| Telephone: | (916) 922-1200    Facsimile (916) 922-1303 |
| E-Mail (Optional): | jesse@jmr-law.net |

I consent to the above substitution.

Date: July 24, 2018

SACRAMENTO COUNTY

/s/ Randy Rendig
(Signature of Party (s))

I consent to being substituted.

Date: July 23, 2018

CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: July 23, 2018

RIVERA & ASSOCIATES

/s/ Jesse M. Rivera
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8-2-18

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]