8        UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VINCENT YEE,                              No.  2:14-cv-2955 KJM DB PS

12                 Plaintiff,

13          v.                                  ORDER

14    SACRAMENTO COUNTY JAIL, et al.,

15                 Defendants.

16

17        Plaintiff is proceeding pro se with the above-entitled action.  The matter was referred to a

18    United States Magistrate Judge as provided by Local Rule 302(c)(21).

19        On June 11, 2018, the magistrate judge filed findings and recommendations, which were

20    served on all parties and which contained notice to all parties that any objections to the findings

21    and recommendations were to be filed within fourteen days after service of the findings and

22    recommendations.  Plaintiff has filed objections to the findings and recommendations.

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

24    court has conducted a de novo review of this case.  Having reviewed the file, the court finds the

25    findings and recommendations to be supported by the record and by the proper analysis.[1]

26    _____
      [1]  Although plaintiff objects to the Magistrate Judge's characterization of the frequency of his
27    attempted *Monell* claims, *see* ECF No. 37 at 2, these contentions do not affect the court's
      analysis.  Throughout his seven complaints, plaintiff has consistently intimated, without expressly
28    stating, a *Monell* claim; and with each new complaint, the court has evaluated the viability of a

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed June 11, 2018 (ECF No. 36) are adopted in

3    full.

4    2.  The Clerk of the Court is directed to issue process and to send plaintiff an instruction

5    sheet for service of process by the United States Marshal, three USM-285 forms, a summons

6    form, and an endorsed copy of plaintiff's sixth amended complaint filed November 22, 2017.

7    (ECF No. 35.)

8    3.  Within thirty (30) days of this order, plaintiff shall submit to the United States Marshal

9    three properly completed USM-285 forms, three properly completed summons forms, and the

10   number of copies of the endorsed sixth amended complaint and of this order required by the

11   United States Marshal; the required documents shall be submitted directly to the United States

12   Marshal either by personal delivery or by mail to:  United States Marshals Service, 501 I Street,

13   Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

14   4.  Within ten (10) days after submitting the required materials to the United States

15   Marshals Service, plaintiff is ordered to file with this court a declaration stating the date on which

16   plaintiff submitted the required documents to the United States Marshal.  Failure to file the

17   declaration in a timely manner may result in an order imposing appropriate sanctions.

18   5.  Within thirty (30) days after receiving the necessary materials from plaintiff, the

19   United States Marshal is directed to serve process on defendants Kathleen Fritzche, Harold

20   Penny, and Corey Johnson, without prepayment of costs.

21   6.  The Clerk of the Court is directed to serve a copy of this order on the United States

22   Marshal.

23   7.  Plaintiff is cautioned that the failure to comply with this order may result in a

24   recommendation that this action be dismissed.

25   /////

26

27   *Monell* claim and provided plaintiff ample opportunity to correct deficiencies when necessary.  In
     light of these opportunities, the Magistrate Judge is justified in recommending dismissal without
28   leave to amend on the *Monell* claim.

1    8. The sixth amended complaint's <u>Monell</u> claims against the City of Sacramento, the

2  County of Sacramento, and the Sacramento County Jail are dismissed without leave to amend and

3  those defendants are dismissed from this action.

4    9. This case is referred back to the assigned magistrate judge for all further pretrial

5  proceedings.

6  DATED:  September 27, 2018.

7

8  _____

9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28