UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT YEE, | No. 2:14-cv-2955 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff Vincent Yee is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 5, 2020, defendants filed a motion to compel and noticed the motion for hearing before the undersigned on July 10, 2020. (ECF No. 64.) However, pursuant to the Status (Pretrial Scheduling) Order issued on November 19, 2019, discovery in this action must be "completed by July 10, 2020." (ECF No. 56 at 2.) "'[C]ompleted' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with." (Id.) A hearing on the day discovery closes does not provide sufficient time to hear defendants' motion, issue an order, and allow for the order to be complied with prior to the close of discovery.

////

1

1    Accordingly, IT IS HEREBY ORDERED that defendants' June 5, 2020 motion to compel
2  (ECF No. 64) is denied without prejudice and the **July 10, 2020** hearing is vacated.
3  Dated:  July 6, 2020

[signature]
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\yee2955.disc.unt.ord