UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT YEE,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>  Defendants. | No. 2:14-cv-2955 KJM DB PS<br><br><br>ORDER |

Plaintiff Vincent Yee is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On November 19, 2020, the undersigned issued a Status (Pretrial Scheduling) Order which provided that discovery in this action must be "completed by July 10, 2020." (ECF No. 56 at 2.) On July 10, 2020, plaintiff filed an ex parte request for an extension of the discovery deadline to July 17, 2020, "due to this devastating pandemic." (ECF No. 66 at 1.) Good cause appearing, plaintiff's ex parte request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 10, 2020 request for an extension of time (ECF No. 66) is granted; and

////

////

////

1

2. The deadline for the completion of discovery in this action is extended to July 17, 2020.

Dated: July 15, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\yee2955.disc.eot.ord

2