UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vincent Yee,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Sacramento County Jail, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2955 KJM DB PS<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |

　　　　Plaintiff Vincent Yee is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff prepare for and participate in a settlement conference. Jason R. Crockford has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

　　　　Accordingly, Jason R. Crockford is appointed as limited purpose counsel for plaintiff in the above entitled matter.  This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

　　　　Jason R. Crockford's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

/////

      Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

      The Clerk of the Court is directed to serve a copy of this order upon Jason R. Crockford, Law Office of Jason R. Crockford, 200 E. Yosemite Ave., Madera, CA 93638.

      IT IS SO ORDERED.

DATED: March 3, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE