UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vincent Yee,<br><br>            Plaintiff,<br><br>      v.<br><br>Sacramento County Main Jail, et al.,<br><br>            Defendants. | No. 2:14-cv-02955-KJM-DB<br><br>ORDER |

On November 4, 2021, the court conducted a final pretrial conference. Plaintiff Vincent Yee appeared pro se. Sean D. Richmond appeared for defendants Harold Penny and Corey Johnson. Having reviewed defendants' statement filed before the conference, the court gave notice to the parties that it is raising a summary judgment question "on its own" under Federal Rule of Civil Procedure 56(f)(3) to consider whether the defendants are entitled to qualified immunity to the claims in the complaint. After reviewing the record and the parties' positions, the court refers this matter to this District's Pro Bono Coordinator, Sujean Park, to identify pro bono counsel to represent Mr. Yee for the limited purpose of preparing briefing and presenting oral argument on this narrow summary judgment question.

   IT IS SO ORDERED.

DATED: November 8, 2021.

CHIEF UNITED STATES DISTRICT JUDGE