1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    VINCENT YEE,                                No. 2:14-cv-02955-KJM-DB

11              Plaintiff,

12         v.                                     ORDER APPOINTING
                                                  LIMITED PURPOSE COUNSEL
13    SACRAMENTO COUNTY MAIL JAIL,
      et al.,

14
                Defendants.
15

16         Plaintiff Vincent Yee is proceeding in this action pro se.  The court finds that the

17    appointment of counsel for plaintiff is warranted for the limited purpose of briefing and

18    presenting oral arguments on whether the defendants are entitled to qualified immunity.  *See*

19    Order (Nov. 9, 2021), ECF No. 94; Hr'g Min. (Nov. 4, 2021), ECF No. 93.  Katherine L. Katcher

20    has been selected from the court's pro bono attorney panel to represent plaintiff for this limited

21    purpose and has agreed to be appointed.

22         Accordingly, IT IS HEREBY ORDERED that:

23    1.  Katherine L. Katcher is **appointed** as limited purpose counsel for plaintiff in the above

24         titled matter.  This appointment is for the limited purpose of briefing and presenting oral

25         arguments on the qualified immunity question described above and in the order at ECF

26         No. 94.

27    /////

28

                                           1

2. Katherine L. Katcher's appointment will terminate upon the issuance of an order on summary judgment.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

4. A status conference by videoconference is set for **January 13, 2022 at 2:30 p.m.** before the undersigned.  The parties shall meet and confer and file a joint report **no later than seven days before the status conference**.  The joint report shall include a proposed briefing schedule for the qualified immunity question identified above.

5. The Clerk of the Court is directed to **serve a copy of this order** upon Katherine L. Katcher, Law Office of Katherine L. Katcher, 825 Page St., Berkeley, CA 94710.

DATED:  November 29, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

2